UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 1:23–mj–94

v.                                 Hon. Ray Kent

BARRY LEE STADLER,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Detention Hearing
Date/Time:               March 6, 2023   03:30 PM
Magistrate Judge:   Ray Kent
Place/Location:        584 Federal Building, Grand Rapids, MI


                                          RAY KENT
                                          U.S. Magistrate Judge

Dated:  March 3, 2023        By:     /s/ Faith Hunter Webb
                                             Judicial Assistant